IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ronnie Williams, PO Box 1038, Aiken SC 29802, </br></br> Plaintiff, </br></br> v. </br></br> Wal Mart Stores, c/o Mendelson, GSO 2301 McGee St, 8th Floor, Kansas City, MO 64108; David Zilenski, Store Manager; William Joey, Shift Lead Manager; Delinda Butler, Shift Lead Manager; Michael Adams, Asst Manager No. 4487, </br></br> Defendants. | C/A No. 1:17-734-JMC-PJG </br></br> **ORDER** |

This is a civil action filed by *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. On May 19, 2017, the court issued an order authorizing issuance and service of process on Defendant Wal Mart Stores. (ECF No. 14.) In that order, under the heading "Construction of the Pleading," the court, following initial screening pursuant to applicable law, listed the claims it construed as raised by the Plaintiff in the Complaint.

Counsel has now entered an appearance for one or more named defendants. The court directs *each legal representative entering an appearance in this matter on behalf of any defendant* to certify that the court's order authorizing service of process has been received and that the Plaintiff's claims as construed by the court have been reviewed by completing the attached "Defendant's Certification" and filing it with the court within seven (7) days from the date of this order. If *any party* disagrees with the court's construction of the Plaintiff's claims, he or she may file an appropriate motion with the court within seven (7) days from the date of this order.

**IT IS SO ORDERED**.

July 5, 2017
Columbia, South Carolina

s/Paige J. Gossett
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE