UNITED STATES DISTRICT COURT
for the
District of South Carolina

Ronnie Williams,
*Plaintiff*

v.   Civil Action No.   1:17-cv-00734-DCC

Wal Mart Stores, c/o Mendelson, GSO 2301 McGee St, 8th Floor, Kansas City, MO 64108; David Zilenski, Store Manager; William Joey, Shift Lead Manager; Delinda Butler, Shift Lead Manager; Michael Adams, Asst. Manager No. 4487
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Ronnie Williams, shall take nothing of the defendants, David Zilenski, William Joey, Delinda Butler, and Michael Adams, from the complaint filed pursuant to 42:2000 and this action is dismissed.

■ other: the plaintiff, Ronnie Williams, shall take nothing of the defendant, Wal Mart Stores, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Child, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting defendants' motion to dismiss, dismissing the complaint against defendants David Zilenski, William Joey, Delinda Butler, and Michael Adams.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting defendant's motion to dismiss, dismissing the complaint against defendant WalMart Stores.

Date:   July 2, 2018

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*